**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER HASEMANN<br>and DEBBIE HOTH, individually<br>and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GERBER PRODUCTS CO.,<br><br>            Defendant. | Case No. 1:15-cv-02995-MKB-RER |
| JEREMY GREENE<br>and CETARIAWILKERSON, individually<br>and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GERBER PRODUCTS CO.,<br><br>            Defendant. | Case No. 1:16-cv-1153-MKB-RER |

**PLAINTIFFS' NOTICE OF MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD COUNSEL PURSUANT TO
FEDERAL CIVIL PROCEDURE RULE 23(g)**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion to Appoint Michael R. Reese of Reese LLP; E. Michelle Drake of Berger & Montague, P.C.; Brett Cebulash of Taus, Cebulash & Landau, LLP; and, John Yanchunis of Morgan & Morgan Complex Litigation Group as Interim Co-Lead Class Counsel, Plaintiffs Jennifer Hasemann, Debbie Hoth, Jeremy Greene and Cetaria Wilkerson (together, "Plaintiffs"), through their undersigned counsel, will and hereby do move this Court before the Honorable Margo K. Brodie of the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order appointing Michael R. Reese of Reese LLP; E. Michelle Drake of Berger & Montague, P.C.; Brett Cebulash of Taus, Cebulash & Landau, LLP; and, John Yanchunis of Morgan & Morgan Complex Litigation Group, as interim co-lead counsel for a proposed nationwide class (not including California and Washington, D.C.) and for such further relief as this Court deems just and proper (the "Motion").

Plaintiffs make this Motion pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure and on the grounds that appointment of interim co-lead class counsel is appropriate at this time to "fairly and adequately represent the interests of the class" and because Michael R. Reese of Reese LLP; E. Michelle Drake of Berger & Montague, P.C.; Brett Cebulash of Taus, Cebulash & Landau, LLP; and, John Yanchunis of Morgan & Morgan Complex Litigation Group, will best represent the interests of the proposed nationwide class (not including California or Washington, D.C.). This Motion is based upon this notice of motion, the accompanying memorandum of law, all pleadings on file, and any additional briefing and argument presented to the Court before or at the hearing on this Motion.

Date:  May 16, 2016								Respectfully submitted,

											**REESE LLP**

By: */s/ Michael R. Reese*
	Michael R. Reese
	George V. Granade
	100 West 93rd Street, 16th Floor
	New York, New York  10025
	Telephone: (212) 643-0500
	Facsimile: (212) 253-4272
	Email:	*mreese@reesellp.com*
		*ggranade@reesellp.com*

	**TAUS, CEBULASH & LANDAU, LLP**
	Brett Cebulash
	Kevin Landau
	Miles Greaves
	80 Maiden Lane, Suite 1204
	New York, New York 10038
	Telephone: (212) 931-0704
	Facsimile: (212) 931-0703
	Email:	*bcebulash@tcllaw.com*
		*klandau@tcllaw.com*
		*mgreaves@tcllaw.com*

	**BERGER & MONTAGUE, P.C.**
	E. Michelle Drake
	43 SE Main Street - Suite 505
	Minneapolis, Minnesota 55414
	Telephone: (612) 594.5933
	Email:	*emdrake@bm.net*

	**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
	John A. Yanchunis
	201 N. Franklin Street, 7th Floor
	Tampa, Florida  33602
	Telephone: (813)275-5275
	Facsimile: (813) 222-4736
	Email:	*jyanchunis@forthepeople.com*

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson
Sarah R. Schalman-Bergen
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email:     *scarson@bm.net*
           *sschalman-bergen@bm.net*


*Attorneys for Plaintiffs and the Proposed Class*