UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER HASEMANN and DEBBIE HOTH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GERBER PRODUCTS CO.,<br><br>　　　　　　Defendant. | Civil Action No. 1:15-cv-02995-MKB-RER<br><br><br>**NOTICE OF APPEARANCE** |

　　　　Please take notice that the following attorney, who is admitted to practice in this Court, has entered her appearance as counsel in this case for Defendant Gerber Products Co.

       Jaclyn M. Metzinger
       Kelley Drye & Warren LLP
       101 Park Avenue
       New York, New York 10178
       Phone: (212) 808-7800
       Fax: (212) 808-7897

Dated: New York, New York
       June 8, 2016

**KELLEY DRYE & WARREN LLP**

By: _/s/ Jaclyn M. Metzinger_

    Jaclyn M. Metzinger
    101 Park Avenue
    New York, New York 10178
    (212) 808-7800
    jmetzinger@kelleydrye.com

    *Attorney for Defendant Gerber Products Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2016, I caused to be served the attached NOTICE OF APPEARANCE to all counsel of record via the Court's ECF System.

Dated: June 8, 2016

                                             */s/ Jaclyn M. Metzinger*
                                             Jaclyn M. Metzinger