UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER HASEMANN and DEBBIE HOTH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GERBER PRODUCTS CO., a corporation, d/b/a NESTLE NUTRITION, NESTLE INFANT NUTRITION, AND NESTLE NUTRITION NORTH AMERICA,<br><br>    Defendant. | No. 15-cv-02995-MKB-RER<br><br>**STIPULATION AND [PROPOSED] AMENDED CASE SCHEDULING ORDER** |

Plaintiffs Jennifer Hasemann and Debbie Hoth ("Plaintiffs") and defendant Gerber Products Co. ("Defendant"), through their undersigned counsel, hereby agree to and submit the following proposed amendment to the Court's current Case Management Plan (Doc. No. 22):

**Amendment of Pleadings**

Unless otherwise ordered by the Court, the parties shall, by February 17, 2017, join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19 and file or amend all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15.

**Discovery**

All fact discovery shall be closed by March 10, 2017.

**Class-Certification Motion**

Any motion for class certification shall be filed on or before October 14, 2016. Any opposition shall be filed on or before December 9, 2016. Any reply shall be filed on or before January 20, 2017. Any expert reports offered in support of any class-certification brief shall be

served contemporaneously with the respective brief. Depositions of experts disclosed as part of a class-certification motion or response to such motion shall occur within four weeks of the filing of their reports.

## Expert Discovery

For any additional experts who will testify at trial, expert disclosures under rule 26(a)(2) shall be due March 17, 2017. Any rebuttal experts' disclosures under Rule 26(a)(2) shall be due May 12, 2017. Depositions of experts shall occur within five weeks of service of their reports.

**Dated: Brooklyn, New York**

_____  _____
**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

/s/ *Geoffrey W. Castello*_____
Geoffrey W. Castello
David I. Zalman
Jaclyn M. Metzinger
**KELLEY DRYE &WARREN LLP**
101 Park Avenue
New York, NY 10178
(T): (212) 808-7800
(F): (212) 808-7897
gcastello@kelleydrye.com
dzalman@kelleydrye.com
jmetzinger@kelleydrye.com

*Attorneys for Defendant*

/s/ *Miles Greaves* _____
Miles Greaves
Brett Cebulash
Kevin Landau
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
(T): (646) 873-7654
(F): (212) 931-0703
mgreaves@tcllaw.com
bcebulash@tcllaw.com
klandau@tcllaw.com

Michael R. Reese
George V. Granade
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025
(T): (212) 643-0500
(F): (212) 253-4272
mreese@reesellp.com

ggranade@reesellp.com

E. Michelle Drake
**BERGER & MONTAGUE, P.C.**
43 SE Main Street - Suite 505
Minneapolis, MN 55414
(T): (612) 594.5933
emdrake@bm.net

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(T): (813)275-5275
(F): (813) 222-4736
jyanchunis@forthepeople.com

Shanon J. Carson
Sarah R. Schalman-Bergen
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(T): (215) 875-4656
(F): (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net

*Attorneys for Plaintiffs*