**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER HASEMANN and DEBBIE HOTH, individually and on behalf of all others similarly situated, <br><br>         Plaintiffs, <br><br>         v. <br><br> GERBER PRODUCTS CO., a corporation, d/b/a NESTLE NUTRITION, NESTLE INFANT NUTRITION, AND NESTLE NUTRITION NORTH AMERICA, <br><br>         Defendant. | No. 15-cv-02995-MKB-RER <br><br> **STIPULATION AND [PROPOSED] AMENDED CASE SCHEDULING ORDER** |
| JEREMY GREENE and CETARIA WILKERSON, individually and on behalf of all others similarly situated, <br><br>         Plaintiffs, <br><br>         v. <br><br> GERBER PRODUCTS CO., <br><br>         Defendant. | Civil Action No. 1:16-cv-1153-MKB-RER |
| WENDY MANEMEIT, individually and on behalf of all others similarly situated, <br><br>         Plaintiffs, <br><br>         v. <br><br> GERBER PRODUCTS CO., <br><br>         Defendant. | Civil Action No. 2:17-cv-00093 |

Plaintiffs Jennifer Hasemann, Debbie Hoth, Jeremy Greene, Cetaria Wilkerson, and Wendy Manemeit ("Plaintiffs") and defendant Gerber Products Co. ("Defendant"), through their undersigned counsel, hereby agree to and submit the following proposed amendments to the Court's current Case Management Plan Ordered by the Court in its Consolidation Order issued on February 8, 2017 (Dkt. 48). Since consolidating the above-captioned matters on February 8, 2017, there have been no requests of the Court to extend any of the deadlines and no other deadlines other than those stated below will be affected by entry of this Proposed Amended Case Scheduling Order.

The Parties are co-operating together in discovery and several depositions have taken place. However, in order to accommodate the schedules of several other deponents, the Parties need the additional time requested below.

## Class-Certification Motion

The deadline for Plaintiffs to move for class certification shall be extended from October 20, 2017 to February 23, 2018. The deadline for Defendant to oppose any motion for class certification shall be extended from December 20, 2017 to April 20, 2018. The deadline for Plaintiffs to file a reply in further support of their motion for class certification shall be extended from January 26, 2018 to May 25, 2018. Any expert reports offered in support of, or in opposition to, any class-certification brief shall be served contemporaneously with the respective brief. Depositions of experts disclosed as part of a class-certification motion or response to such motion shall occur within four weeks of the filing of their reports.

All other dates set in the previous scheduling order (Dkt. 48) shall remain the same.

**Dated: Brooklyn, New York**

_____ _____
                                                                **RAMON E. REYES, JR.**
                                                                **UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

| | |
|---|---|
| /s/ *Geoffrey W. Castello* | /s/ *Michael R. Reese* |
| | Michael R. Reese |
| Geoffrey W. Castello | George V. Granade |
| David I. Zalman | **REESE LLP** |
| Jaclyn M. Metzinger | 100 West 93rd Street, 16th Floor |
| **KELLEY DRYE &WARREN LLP** | New York, NY 10025 |
| 101 Park Avenue | (T): (212) 643-0500 |
| New York, NY 10178 | (F): (212) 253-4272 |
| (T): (212) 808-7800 | mreese@reesellp.com |
| (F): (212) 808-7897 | ggranade@reesellp.com |
| gcastello@kelleydrye.com | |
| dzalman@kelleydrye.com | Miles Greaves |
| jmetzinger@kelleydrye.com | Brett Cebulash |
| | Kevin Landau |
| *Attorneys for Defendant* | **TAUS, CEBULASH & LANDAU, LLP** |
| | 80 Maiden Lane, Suite 1204 |
| | New York, NY 10038 |
| | (T): (646) 873-7654 |
| | (F): (212) 931-0703 |
| | mgreaves@tcllaw.com |
| | bcebulash@tcllaw.com |
| | klandau@tcllaw.com |
| | |
| | E. Michelle Drake |
| | **BERGER & MONTAGUE, P.C.** |
| | 43 SE Main Street - Suite 505 |
| | Minneapolis, MN 55414 |
| | (T): (612) 594.5933 |
| | emdrake@bm.net |

        John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(T): (813)275-5275
(F): (813) 222-4736
jyanchunis@forthepeople.com

Shanon J. Carson
Sarah R. Schalman-Bergen
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(T): (215) 875-4656
(F): (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net

*Attorneys for Plaintiffs*